UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
NEIL CLARK
Defendant.

Case No. 1:20-mj-00527

**CRIMINAL MINUTES before
Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **1428**)   Date/Time: 7/21/20 @ 1:00 PM
United States Attorney: Emily Glatfelter
Defendant Attorney: **WILL IRELAND (RETAINED)**   Interpreter: N/A
☐ By telephone  ☒ By videoconferencing  ☒ Deft (does)/does not consent to proceed
*Initial Appearance:* ☒ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ *Counsel present*  ☐ *Superseding Indictment*  ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties  ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☐ Defendant provided copy of charging document  ☒ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____ **(REDACTED VERSION)**
☐ Financial affidavit presented to the Court/Defendant  ☒ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ( ☐ FPD  ☐ CJA)  ☒ Charging document unsealed upon oral motion of the United States
**(REDACTED VERSION)**

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____
Defendant Witness _____
☐ Detention is moot - serving state sentence
☐ Home Incarceration
☒ OR  ☐ Secured with _____  ☐ Electronic Monitor  ☐ Other  ☐ Home Detention  ☐ Curfew
☐ Location Monitoring  ☐ GPS  ☐ RF

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☒ use/possession of firearms ☒ Travel Restricted to **SDOH**
☒ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☒ Surrender Passport
**SURRENDER PASSPORT BY 7/24/20 @ 4:00 PM; FIREARMS TO BE** ☐ Mental Health Eval/Treatment
*Pretrial Bond Violation Hearing:* **REMOVED FROM HOME BY 7/22/20 @ 5:00 PM**
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set **8/6/20 @ 1:30 PM BEFORE MJ LITKOVITZ**
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: _____   Defendant Witnesses: _____

AUSA Exhibits: _____   Defendant Exhibits: _____

*Arraignment on* ☐ Indictment  ☐ Superseding Indictment ☐ Information ☐ Misdemeanor Information:
Defendant waives reading ☐   Defendant pleads: ☐ GUILTY  ☐ NOT GUILTY
☐ PSI ordered   ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing   ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered   ☐ Removed to _____
☐ Probable Cause Found
☐ Defendant to voluntarily report to charging district no later than _____

Remarks: