| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| PLAINTIFF, | : | Case No. 1:20-MJ-00527 |
| | : | |
| vs. | : | **MAGISTRATE JUDGE BOWMAN** |
| | : | |
| **NEIL CLARK,** | : | |
| | : | |
| DEFENDANT. | : | |

## WAIVER OF PRELIMINARY HEARING

Now comes Defendant, Neil Clark, through Counsel and hereby fully informed of his right to a Preliminary Hearing and with knowledge that his waiver of Preliminary Hearing does not constitute any plea to the offense, he does hereby waive Preliminary Hearing.

    Respectfully submitted,

    /s/ Will Ireland
    William S. Ireland (0077357)
    85 Liberty Street
    Columbus, Ohio 43215
    Telephone: 614-444-1555
    willirelandlaw@gmail.com

CERTIFICATE OF SERVICE

A true copy of the foregoing was served via the Electronic Case Filing (ECF) system on this 23rd day of July 2020 upon the following:

Emily N. Glatfelter
Deputy Criminal Chief - Cincinnati
U.S. Attorney's Office for the Southern District of Ohio
221 E. Fourth Street, Suite 400
Cincinnati, OH 45202
513-684-3142

                                             /s/ Will Ireland
                                             William S. Ireland
                                             Counsel for Defendant

**WILLIAM S. IRELAND**
**85 Liberty St.**
**Columbus, Ohio**
**43215**

**phone: 614-444-1555**