AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Jeffery Longstreth<br>*Defendant* | )<br>)<br>) Case No. **1:20-MJ-00524**<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeffery Longstreth,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (Conspiracy to Participate, Directly or Indirectly, in the Conduct of an Enterprise's Affairs through a Pattern of Racketeering Activity)

Date: **Jul 17, 2020**

*Issuing officer's signature*: Stephanie K. Bowman

City and state: Cincinnati, Ohio

Hon. Stephanie K Bowman, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/17/2020, and the person was arrested on *(date)* 7/21/2020
at *(city and state)* _____.

Date: 12/12/2022

*Arresting officer's signature*

Blane Wetzel, Special Agent
*Printed name and title*