AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Neil Clark | ) Case No. 1:20-MJ-00527 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Neil Clark,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (Conspiracy to Participate, Directly or Indirectly, in the Conduct of an Enterprise's Affairs through a Pattern of Racketeering Activity)

Date: Jul 17, 2020

*Stephanie K. Bowman*
*Issuing officer's signature*

City and state: Cincinnati, Ohio

Hon. Stephanie K Bowman, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/17/2020, and the person was arrested on *(date)* 7/21/2020
at *(city and state)*

Date: 12/12/2022

*Arresting officer's signature*

Blanc Wetzel, Special Agent
*Printed name and title*