## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, __Robert Ferrucci_____, declare, pursuant to Title 28, U.S.C. § 1 746,
_____(Name)_____

that I am employed by __First National Bank of Pennsylvania_____ and that
_____(Name of Business)_____

my official title or position is ___Manager of Document Services_____. I further
_____(Official Title or Position)_____

declare that I am a custodian of records of said business and that each of the records attached

hereto is the original or a duplicate (exact photocopy) of an original record in the custody

of _First National Bank of Pennsylvania_____.
_____(Name of Business)_____

I further state that:

    A)    such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

    B)    such records were kept in the course of a regularly conducted business activity;

    C)    the business activity made such records as a regular practice; and

    D)    if such record is not the original, such record is a duplicate of the original.

I declare under penalty of perjury that the foregoing is true and correct.

        First National Bank of Pennsylvania
        By: _____
        (Signature)

        7/17/19
        (Date of Execution)

        4140 East State Street, Hermitage PA 16148
        (Place of Execution)

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, <u>Ruth DeMarco</u> certify that I am employed by <u>First National Bank of Pennsylvania</u>, and my official title is <u>Custodian of Records</u>.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of <u>First National Bank of Pennsylvania</u> and that I am the custodian of the attached records.

I further state that:

a.	all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.	such records were kept in the ordinary course of a regularly conducted business activity of <u>First National Bank of Pennsylvania</u>; and

c.	such records were made by <u>First National Bank of Pennsylvania</u> as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

I hereby certify under penalty of perjury that the aforesaid is true and correct.

First National Bank of Pennsylvania

10-30-19

Date

By: _Ruth DeMarco_

Ruth DeMarco, Custodian of Records

2019R00448-099

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, Ruth DeMarco_____ certify that I am employed by First National Bank of Pennsylvania, and my official title is Custodian of Records.  I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of First National Bank of Pennsylvania and that I am the custodian of the attached records.

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b.      such records were kept in the ordinary course of a regularly conducted business activity of First National Bank of Pennsylvania; and

c.      such records were made by First National Bank of Pennsylvania as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

I hereby certify under penalty of perjury that the aforesaid is true and correct.

First National Bank of Pennsylvania

By: _____

_2-11-2020_____

Date

Ruth DeMarco, Custodian of Records