# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-77 |
| vs. | Judge Timothy S. Black |
| LARRY HOUSEHOLDER (1), | |
| Defendant. | |

## ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STRIKE SURPLUSAGE

This criminal case is before the Court on Defendant Larry Householder's motion to strike surplusage from the Indictment (Doc. 107) and the Government's responsive memorandum (Doc. 110).

Specifically, Defendant moves to strike references to "Householder's Enterprise" from the Indictment. (Doc. 107). Alternatively, Defendant asks that the Court summarize the charge in the Court's jury instructions in lieu of providing a copy of the Indictment to the jurors. (*Id.*)

As a matter of practice, this Court does not provide jurors with a copy of the Indictment in any criminal case, and the Court has no intention of doing so in this case. Accordingly, Defendant's motion to strike surplusage is **MOOT**.

**IT IS SO ORDERED.**

Date: 1/11/23

Timothy S. Black
United States District Judge