UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| LARRY HOUSEHOLDER (1) | : | |
| MATTHEW BORGES (4), | : | |
| | : | |
| Defendants. | : | |

**ORDER REGARDING JURY MANAGEMENT & TRANSPORTATION**

This criminal case is scheduled to proceed to jury trial on January 23, 2023. In order to safeguard Defendants' Sixth Amendment right to a fair trial, to protect the security and privacy of jurors during the course of the trial, to preserve the integrity of the proceedings, and to ensure the efficient and expeditious management of trial, the Court **ORDERS** implementation of the following safeguards:

(1) The United States Marshals Service ("USMS") shall make arrangements for the daily transportation of empaneled jurors, to and from the Potter Stewart U.S. Courthouse (the "Courthouse");

(2) During jurors' assembly at the designated locations, and during transportation to and from the Courthouse, the jurors shall be in custody of the United States Marshal for the Southern District of Ohio and/or his designees;

(3) Jurors shall enter and exit the Courthouse via a secure, non-public entry, and shall be subject to separate security screening;

(4) <u>Access to the 9th Floor of the Courthouse shall be restricted to jurors and court personnel only</u>. Jurors who wish to leave the 9th Floor area will use a nonpublic elevator and will be accompanied by appropriate court personnel;

(5) <u>Prior to the jury's entry into and exit from the courtroom, Court Security Officers shall clear the hallways, stairwells, and elevator bank along the jury's path of travel and shall ensure the path remains clear until the jury is seated in the courtroom or until all jurors have returned to the 9th Floor</u>;

(6) Lunch and refreshments shall be provided to prospective jurors during *voir dire*, empaneled jurors on trial days, and voting jurors during deliberations;

(7) COVID-19 testing kits shall be provided to jurors for regular on-site testing. Jurors will also be provided with masks and hand sanitizer, for use if and as they wish;

(8) During the jurors' pre-transport assembly, transport, arrival, screening, Courthouse movement, and departure, USMS shall ensure that jurors have no contact with members of the public, trial participants, or witnesses;

(9) USMS personnel may speak with jurors in the course of effectuating this Order. However, in no event shall USMS personnel or any other court personnel, while in the presence of any juror, make any comment about the ongoing trial or about any person associated with the case, including the Court, Defendants, attorneys, or witnesses;

(10) USMS and/or its authorized designees shall further assist the Jury Coordinator, when necessary and upon request, to ensure compliance with this Order;

(11) This Court may modify or amend this Order at any time. The Court may further implement any additional security and/or administrative protocols, at any time, by written or oral ruling, that the Court deems appropriate to ensure the purposes listed in this Order, *supra*; and

(12) The Clerk shall transmit copies of this Order to the Jury Coordinator in Cincinnati, as well as to the United States Marshal for the Southern District of Ohio.

Any person who, either directly or indirectly, attempts to or does: (1) violate this Order; (2) impede or interfere with the implementation or compliance of this Order; or (3) impede or interfere with any person attempting to implement or comply with this Order, will face appropriate sanctions, including but not limited to, being denied entry to the courthouse during the duration of the trial and/or being held in contempt of this Court.

**IT IS SO ORDERED.**

Date: 1/22/2023

Timothy S. Black
United States District Judge