# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | |
| | : | Case No. 1:20-CR-077 |
| vs. | | |
| | : | JUDGE BLACK |
| LARRY HOUSEHOLDER, *et al*, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Steven S. Nolder hereby enters his appearance as trial attorney on behalf of movant, Timothy Burga.

Respectfully submitted,

/s/ Steven S. Nolder
Steven S. Nolder (0037795)
65 East State Street, Suite 200
Columbus, Ohio 43215
(614) 221-9790
snolder9@gmail.com
Attorney for Timothy Burga

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document has been electronically served on all counsel this 30th day of January, 2023.

/s/ Steven S. Nolder
Steven S. Nolder (0037795)
Attorney for Timothy Burga