# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| vs. | : | Judge Timothy S. Black |
| LARRY HOUSEHOLDER, *et al.*, | : | |
| Defendants. | : | |

## ORDER REGARDING PUBLIC REQUESTS FOR EXHIBITS

The Court has received a number of public requests, seeking to obtain copies of trial exhibits in the above-captioned case. The Court issues this Order for clarification.

The public will be able to purchase an electronic copy of the admitted exhibits, through the Clerk's Office, after the conclusion of trial and once the jury has returned its verdicts.[1] Anyone who intends to purchase copies of admitted trial exhibits may notify the Clerk's Office at this time (*i.e.*, during the trial), in order to better facilitate the expeditious processing of requests.

**IT IS SO ORDERED.**

Date: 2/15/2023

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] See General Order No. 22-22, available at: https://www.ohsd.uscourts.gov/sites/ohsd/files//General%20Order%2022-22.pdf