UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:20-CR-77 |
| v. | JUDGE TIMOTHY S. BLACK |
| LARRY HOUSEHOLDER, et al., | STIPULATION |
| Defendants. | |

The parties stipulate that funds transferred from a Generation Now bank account to the 17 Consulting Group LLC bank account utilized a facility in interstate commerce by using the banking system that transmitted funds through wire communications across state lines.

It is further stipulated and agreed that this Stipulation may be introduced into evidence as an exhibit, and that the facts herein stipulated have the same status, dignity, and effect as the undisputed testimony of credible witnesses.

Dated: 2/16/2023

MATTHEW SINGER
EMILY N. GLATFELTER
MEGAN GAFFNEY PAINTER
Assistant United States Attorneys

Dated: 02/16/2023

LARRY HOUSEHOLDER

Dated: 2/16/2023

STEVEN L. BRADLEY
MARK B. MAREIN
ROBERT GLICKMAN
NICHOLAS R. OLESKI
Counsel for Defendant Larry Householder

Dated: 2/16/23

_____
MATTHEW BORGES

Dated: 2/16/23

_____
KARL H. SCHNEIDER
TODD A. LONG
Counsel for Defendant Matthew Borges