**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-cr-77 |
| | ) | |
| Plaintiff, | ) | Judge Timothy S. Black |
| | ) | |
| v. | ) | **DEFENDANT LARRY** |
| | ) | **HOUSEHOLDER'S MOTION TO** |
| LARRY HOUSEHOLDER, | ) | **EXTEND TIME TO FILE POST-TRIAL** |
| | ) | **MOTIONS** |
| Defendant. | ) | |

Defendant Larry Householder moves the Court, under Rule 45(b) of the Federal Rules of Criminal Procedure, to extend the time in which to file post-trial motions. Mr. Householder respectfully requests a 30-day extension of time, making any post-trial motions due April 24, 2023.

During trial, the Court denied motions for a judgment of acquittal. Pursuant to Federal Rule of Criminal Procedure 29(c), Mr. Householder intends to renew and supplement these motions and, in addition, to file a motion for a new trial pursuant to Federal Rule of Criminal Procedure 33. Unless the Court extends the time in which to file these motions, they would be due 14 days after the return of the jury's verdict, *i.e.*, on March 23, 2023. *See* Fed. R. Crim. P. 29(c)(1), 33(b)(2).

Given the duration and complexity of the trial in this case, and the press of demands from other matters after defense counsel returned from almost two months of trial, Mr. Householder respectfully requests additional time in which to prepare his post-trial motions. This constitutes good cause under Rule 45(b) to extend the time for Mr. Householder to file post-trial motions. *See* Fed. R. Crim. P. 45(b) advisory committee's note ("[t]he defendant may, under Rule 45, seek an extension of time to file the underlying [Rule 29 and Rule 33] motion as long as the defendant

1

{01845419-2}

does so within" the time limits set by the rule). Granting Mr. Householder this additional time will allow Mr. Householder and his counsel to focus his briefing on the issues most critical to these motions.

For these reasons, the Court should grant this motion and extend the time for Mr. Householder to file post-trial motions.

Dated: March 20, 2023

Respectfully submitted,

*/s/ Steven L. Bradley*
Steven L. Bradley (0046622)
Mark B. Marein (0008118)
MAREIN & BRADLEY
526 Superior Avenue, Suite 222
Cleveland, Ohio 44114
Phone: (216) 781-0722
Email:  steve@mareinandbradley.com
        mark@mareinandbradley.com

*/s/ Nicholas R. Oleski*
Robert T. Glickman (0059579)
Nicholas R. Oleski (0095808)
MCCARTHY, LEBIT, CRYSTAL
  & LIFFMAN CO., LPA
1111 Superior Avenue East, Suite 2700
Cleveland, Ohio 44114
Phone: (216) 696-1422
Email: rtg@mccarthylebit.com
        nro@mccarthylebit.com

*Counsel for Defendant Larry Householder*

2

3

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on March 20, 2023. Notice of this

filing will be sent to all parties by operation of the Court's electronic filing system. Parties may

access this filing through the Court's system.

/s/ Steven L. Bradley
Steven L. Bradley (0046622)

{01845419-2}