UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :  Case No. 1:20-cr-77

vs.  :  Judge Timothy S. Black

LARRY HOUSEHOLDER,  :

Defendant.  :

## VERDICT FORM

On the charge of Racketeer Influenced and Corrupt Organizations Act Conspiracy, in violation of federal law, WE, THE JURY, find the defendant **LARRY HOUSEHOLDER**:

GUILTY: ✓     NOT GUILTY: _____

Dated this 9th day of March, 2023.

