# EXHIBT A

June 5, 2023

The Honorable Timothy Black
United States District Court. Southern District of Ohio
Potter Stuart U.S. District Court House
100 East Fifth Street, Room 815
Cincinnati, Ohio 45202

Dear Judge Black,

 My name is David Goodman. I have been an attorney, licensed to practice in Ohio for over 30 years. During most of this time, I have been a public servant, serving as an Assistant Ohio Attorney General, a two term Ohio Representative, a two term Ohio Senator and Director of The Ohio Department of Commerce and The Ohio Department of Development as a member of the Cabinet of former Governor John R. Kasich. Throughout all these years, I have known, been close friends with, and a professional colleague of, Matthew Borges.

 Matt and I started working together fresh out of school. We both volunteered together on too many political campaigns to ever count, spending hours knocking on doors, going to events, dropping literature, and doing whatever we could to help elect men and women we believed would provide leadership and progress throughout Central Ohio. At some point, I decided to try to become one of those elected leaders, while Matt continued to develop incredible skill electing candidates to public office.

 As a candidate and then as a public servant, Matt has been a trusted and wise confidant who has always provided solid, ethical advice and selfless friendship. In all my years in public service, and unlike many other individuals that have assisted me along the way, Matt never took advantage of his relationship with me for personal or financial gain. He never asked me to meet a client or lobbied me on an issue. I believe that Matt simply never wanted to compromise our friendship because friendship is what he really values most.

 I also had the pleasure of being on the Ohio Republican Party State Central Committee while Matt served as our Chairman. Not only was Matt politically very successful, he also demonstrated courageous and responsible management skill.

He had the self-confidence to lead in areas he had great experience and utilized solid professional, financial and legal counsel when required. He therefore instilled confidence in our Committee because you knew the Chairman was always well prepared and well advised. Matt always took full responsibility for the decisions he had to make while never taking credit for wins or blaming anyone for losses. He also absorbed the flack for any of the inevitable controversies and disagreements that typically arise over the course of time in difficult political environments with so many competing views and passions. He did so with unflappable respect for others even when it was not necessarily deserved.

Matt has been my friend through thick and thin. After I completed public service and was trying to establish my private legal practice, I struggled. As expected, many of the people who were just a phone call away when I held office, were not as available when I no longer did. Matt, however, was there for me. We went to lunch often so he could answer my professional questions, provide advice, and assist me with potential opportunities. As always, he never asked for anything in return. Matt was and is just a trusted loyal friend through thick and through thin.

Your Honor, I just wanted you to know that I have known Matt for a very long time, over a quarter century. Over the years, I've watched him get knocked down and get back up. I've watched him grow from an East Coast smart-alec kid into a solid and respected community leader.  I've watched him grow from eager volunteer to Chairman of the Ohio Republican Party. And, I've watched him become what I think he values the most, a loving husband and father. However, in all this time, he has never had to grow into a great friend that I truly trust. This is because that is who Matt has been since the day I met him.

Your honor, I hope that you can and will take my highest of opinion for Matt into your consideration when you make your decision about Matt's future.

Sincerely Yours,

David Goodman

May 25, 2023

Judge Timothy S. Black
Potter Stewart U.S. Courthouse
100 E 5th Street
Cincinnati, OH 45202

Dear Judge Black:

This letter is on behalf of my long-time friend Matt Borges. I have known Matt for over 20 years. I would like to tell you about the Matt Borges I know and respect. Equally important, as an attorney, I understand and respect that the jury has spoken and that you will be determining the proper sentence for Matt.

First, I would like to tell you about Matt's Family. He is a devoted father and husband. Like many doting parents, Matt and his wife Kate are at every event involving their daughter Lucy and this keeps them very busy because Lucy is in every school play/Broadway show whether participating as an actor or on the stage crew. Lucy has already found her calling; and like all parents, they are all in and attend every show-- every weekend-- including the matinees and last dress rehearsal. They love it and Matt talks about it like we (proud parents) all do.

Next, I would like to tell you about his demeanor over the years, *and* before and after the trial. Over the years, Matt has consistently maintained his outlook on life as a positive pragmatist-- meaning he always hopes for the best, looks for the best, but understands that life does not always turn out like we want. Over the years, while coaching me in my local elections, he would say—"let's stay positive, let's keep doing what we are doing up until election day." Before the trial, when we would see him, he was always positive and pragmatic in the same way. After the trial, he has never complained and never displayed any negative emotions to us. This is not bravado; it is his eternal optimism.

Regarding his parents, the extended Borges Family gathers on holidays and every summer in Rhode Island. This summer will undoubtedly be

incredibly difficult. Like all of us with aging parents, Matt's Parents have memory issues, and his Father is in assisted living. Recently, when we talked, Matt reminisced about growing up playing sports, going on vacations, and watching the Boston Red Sox and New England Patriots. In our recent conversation, Matt only talked about how to care for his parents into the future. Again, never mentioning any trepidation for his own future.

Having the courage of your convictions is often in short supply, and it should be noted that Matt would have served as the Ohio Republican Chair for many years if he had not publicly and vehemently opposed the candidacy and election of President Trump. This led to his ouster. Again, Matt never looked back and never hesitated to continue forward into the future as a positive pragmatist.

Finally, as a friend, Matt is always there for you. When I ran for our local school board, Matt helped me even though he was the Chairman of the Ohio Republican Party. He has always been generous with his time. Additionally, I have seen him interact with hundreds of people from every walk of life, and he genuinely treats everyone with respect, courteousness, and listens to them.

I understand that you have difficult decisions to make and I hope this candid view into Matt's life is helpful for you in considering these decisions. If any follow up is needed, I will respond immediately to Court officials and provide further details. I can be reached at 614-582-2040. Thank you for your consideration.

Sincerely,

Stu Harris



Cassingham Elementary

# Bexley City School District

*To provide educational experiences that engage, equip and empower each student.*

**Jeannine Hetzler,** *Principal*

Judge Timothy S. Black
Potter Stewart U.S. Courthouse
100 E 5th Street
Cincinnati, OH 45202

June 10, 2023

Dear Sir,

I am writing this letter to shine a light on the positive, productive relationship Cassingham Elementary School's faculty and I have had with Matthew (Matt) Borges, across his child's six-year, elementary education experiences and beyond.

Our team of teachers, intervention specialists, counselors and administrators has worked closely with Matt and his wife Kate since the enrollment of their child as a kindergarten student in August 2016. Across his six elementary-school years, Lucas blazed a unique path which prompted direct, frank conversations; Matt and Kate have been constant supporters of their child. They were open with our team about their concerns and willing to hear our feedback across each step of this path as Lucas found and asserted his identity. We met across tables, on phone lines and through virtual platforms to discuss individualized educational plans, monitor academic progress, consider the implications of enrollment in a local private school and create the support systems necessary for successful re-enrollment in our school.

Matt has been directly involved at each step across his child's educational journey. I know Matt to be an involved, caring, central-figure in his child's life. I have appreciated our frank conversations in the service of Lucas. And as Lucas, a confident, thriving sixth grader, left school on Friday, June 2nd, he hugged me, his former elementary school principal. Please note that this is a very unusual occurrence for a rising seventh grader. Lucas told me he was psyched for a great summer; he carries his confidence well. That confidence was shaped in concert with his parents and I was moved to see it, feel it and know that his father has had an integral role in supporting the development of that confidence.

I am available to answer any questions, should they arise at jeannine.hetzler@bexley.us or 614-291-0830 should they arise.

Sincerely,

H. Jeannine Hetzler

Principal, Cassingham Elementary

June 6, 2023

The Honorable Timothy Black
United State District Court – Southern District of Ohio
Potter Stewart U. S. Courthouse
100 East Fifth Street, Room 815
Cincinnati, Ohio 45202

Dear Judge Black:

I have known Matt Borges for over 30 years. There are very few people who have been on the journey of life with me for this long. Matt is one of them. He has stood with me at my wedding, my parents' funerals and has been one of the first people to visit my children after they were born. He has always been there for those he cares about. I am blessed to have shared many sad and joyful times with him.

For many, many people he has been there professionally, including me. Matt has always made time for lunch or a meeting with a young person to help them through a job search, interview, complex personal or professional challenge. He takes pride in his mentorship and great joy in the success of those he has mentored. Where one person mentoring a young professional may get frustrated or disappointed in his or her mentee's actions or conduct; Matt would put his head down and continue to guide them. I once referred to this as his love of "projects." I told him that I would have given up and I sometimes questioned him as to why he kept helping "so and so." Matt would just keep guiding them.

Neither Matt's desire to help others nor his patience with them has ever changed. What has changed with Matt is how he has grown as a person. This change started was when he met his wife. It was never more complete when he became a father. If one had a doubt about this; it quickly became forgotten with how he has handled his daughter's challenges. He became the person he was meant to be.

The people sitting in judgement of Matt now do not know him. I do. Maybe better than just about anyone. Matt has been known to be crass, his sense of humor is dry and unreserved, and he can be over the top. But at his core he is kind and always looking for ways to help friends and strangers. I hope that my words can give you a better understanding of the entire person and that you take this into consideration as you make your decision.

Sincerely,

Matthew McAuliffe

# CLARENCE MINGO

7205 Bulrush Court, New Albany, Ohio 43054 | C: 614-578-0187 | clarencemingo@me.com

June 1, 2023

The Honorable Timothy S. Black
Potter Stewart U.S. Courthouse, Room 815
100 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Black:

I write in support of Mr. Matthew (Matt) Borges and respectfully request leniency in the Court's consideration of his sentencing. I have known Matt for over 15 years and am well-positioned to offer insight into his character, concern for people, and commitment to family.

As the Court is aware, Matt has longstanding ties to Ohio politics. I was privileged to watch his remarkable rise from political operative to the Chairmanship of the Ohio Republican Party. His path to the Chairmanship occurred during the beginning and middle stages of what is now among the most highly divisive eras in American politics. As my tenure in public service began, I sought Matt's counsel often on political and personal issues, and how best to manage conflict between the two.

Matt's advice always leaned towards avoiding political choices that offended my values and beliefs, and cautioned me to choose convictions over public and political applause. Even where my political opponents were concerned, Matt discouraged statements and media-related efforts inconsistent with my competitive political boundary.

While under pressure for these choices, Matt was often first to my defense, never wavered on the "convictions above all" approach, and applied the same approach to his own political activity. For instance, as the 2016 Republican Primary consumed the nation and Ohio politics, Matt made the difficult and very costly decision to oppose former President Trump's candidacy on political and philosophical grounds. Other Ohio politicians made similar choices early in the primary season but eventually shifted positions for various reasons. Despite knowing that his decision could cost him the Chairmanship of the Ohio Republican party, Matt never compromised his convictions-based decision.

A willingness to honor convictions despite political costs is rare in elected politics and a strong indicator of high personal and professional character. The occasions above reflect Matt's strong character and should inform the Court's consideration of leniency for sentencing purposes.

Concern for others also describes Matt. Over fifteen years of friendship, I noted Matt's willingness to help friends and acquaintances through many life hardships. Whether financial or marital, public or private, underserved or self-inflicted, Matt consistently helped friends overcome the challenges common to adulthood. He often reflected on his life challenges and found reason to support people enduring similar circumstances.

On more than one occasion, I approached Matt about employment or related private challenges involving others. When it was in his power to offer direct support, Matt did so. Alternatively, he called upon friends and acquaintances explore opportunities and solutions.Despite the public appearance of political hardness, Matt privately showed fidelity and kindness to those with sensitive needs. In 2017, my Father passed away after a five year battle with lung cancer. He was laid to rest in Canton, Ohio, my family's hometown. On the day of his funeral, Matt drove four hours to attend my Father's calling hours and support my family. Matt's ability to relate and understand the feelings of others always makes him a welcomed presence in times of need.

Finally, of all the observations that inform the quality person that Matt is, his commitment to family ranks highest. Matt's love and devotion to his wife Kate, daughter Lucy and sons Spencer and Drew is inspiring. Political life can be intense and all-consuming. Matt worked ceaselessly for candidates seeking federal, state, and local offices. Still, he prioritized his responsibility as a father and husband. Matt found creative ways to be with his family while running Ohio Republican party. Lucy's birth in 2011 brought out the best of Matt's affections and commitment to family. Between the two great responsibilities in his life, family and politics, it was always clear that family came first.

Matt is among the best people I have met in 51 years of life. His character, concern for others, and commitment to family continue to impact and inspire my life choices and behaviors. Respectfully, I ask the Court to consider the above narrative and exercise leniency in sentencing.

Respectfully,

*CMingo*

Clarence Mingo
U.S. Army Veteran

# Sean K Murphy
229 8th Street SE Washington, DC 20003

June 7, 2023

Judge Timothy S Black
Potter Stewart US Courthouse
100 E 5th Street
Cincinnati, Ohio 45202

Re: Case No. 1:20-MJ-00526

To the Honorable Judge Timothy S Black,

My name is Sean Murphy and I am writing to you on behalf of Matt Borges to seek your leniency as you consider sentencing in this proceeding. Matt has been a dear friend to me and to my entire family since I was an infant. I've known him nearly forty years. My earliest memories of Matt are from when he was dating my older sister as a young man himself who had just earned his driver's license. Now that I am a parent myself, I would venture a guess that many parents would not have allowed their youngest child to ride alone with an inexperienced driver. But my parents trusted his maturity at a young age, and I remember him taking me into town in his red pickup truck in the town where we grew up.

Fast forward a few decades and I have since moved on to a role in public service after having spent time in the military, graduate school, and law school. Today, I find myself full of complex emotions as I write this letter to you. As an attorney in the Commonwealth of Virginia, and a citizen with deep respect for the law and law enforcement, it was difficult for me to hear the verdict in this case. For my whole life, Matt has been an important and grounded source of strength for me.

Whenever I asked, Matt helped me achieve all the experiences that helped make me into the man I am today. This is not hyperbole. This is the truth. Matt helped me and several peers earn opportunities to work for Senator John McCain during the 2008 election. He supported my application to the U.S. Air Force as an officer, assisted in the investigation for my national security clearance, and during a break in law school, helped me find work for John Kasich in 2016.

Matt was there for me not just a few times. I often sought Matt's guidance on decisions I had to make, and not merely from what was prudent politically or vocationally, but from what was sound ethically. There was a time when I thought perhaps I might one day run for office myself. While Matt never outright counseled me not to do it, he did voice things he knew that I had not been considering, and that I was unprepared for. He helped me see that I was not always asking the right questions for myself in the first place.

I would like to note that I was an appellate clerk myself once, and in that role I had to read *many* letters like the ne I am writing to you now – often seeking leniency for crimes unspeakably more heinous than this one. I never thought I would write one myself one day and I know that at some

point these become not easy to read. I must confess that, in my experience, it was sometimes hard not to feel anything but numb to yet another laudatory screed from an unobjective source who did not sit on the jury. I am unsure how many of these letters you have had to review in your career, but I'm certain there have been many.

Ultimately, I am writing to beseech you to have more compassion that I was able to muster at times and to summon what is in you to see that this is a good man who loves his country, cares about making the political system better, and wants others who care about the same things to be involved in the political process. I respect that the jury has spoken, but please use your discretion to consider leniency in Matt's sentence. He has more to give.

Very Sincerely Yours

Sean K Murphy
VA Bar License # 91692

Brooke Foody O'Neill
1822 N Devon Road
Upper Arlington, Ohio 43212

Wednesday, June 14, 2023

RE: Matt Borges

Dear U.S. Southern District Honorable Judge Timothy S. Black,

It is my sincerest pleasure to write a letter on behalf of my dear friend Matt Borges. I have been a friend of Matt's for over 25 years, and feel confident speaking to his character and moral qualities. He is kind, generous to a fault, sensitive and authentically considerate of the world around him. Matt is a loyal friend, committed husband and father, and a proven leader in the community at large. I understand the seriousness of this matter however, I hope the court will show some leniency.

What I want to focus on in this letter is how Matt is a dedicated father to Lucy. I remember when Kate and Matt were first expecting and his excitement about being a father was contagious. He has become Lucy's primary caregiver and I am continually amazed by the heartfelt and remarkable way he approaches being her dad. A reminder here that children are always watching their parents. They see the good and the not-so-good, they know we are far from perfect. Our day to day disposition has a powerful effect on our children and Matt has taken great responsibility in modeling for his daughter how to be resilient, honest, kind and to always do your best. I have great respect for Matt as a father, friend and husband because of the way he treats other people and how he takes care of his family.

Because of all of the good Matt brings into the world, I humbly request utmost leniency in your choice of a sentence with respect to my friend, Kate's husband and Lucy's dad.

Warmly,
Brooke