# William I. Greener III

June 25, 2023

The Honorable Timothy S. Black
United States District Judge
Potter Stewart U.S. Courthouse
Room 815
110 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Black:

I write you today concerning the sentencing hearing schedule for June 29 for Larry Householder. Simple stated, every experience I have had with Mr. Householder has been honorable and professional in nature. At no point in my involvement with Mr. Householder was I ever asked to say or do anything that did not meet those standards. The idea of him ever masterminding an illegal scheme is something nearly impossible for me to even consider, much less believe.

My involvement with Mr. Householder began in 2016 in his campaign to return to the State Legislature. Acting as the media consultant, we were able to prevail in both the primary and general election. After that, the firm helped coordinate communications activities during the 2018 primary season for Buckeyes for a Better Ohio. Once more, at no time did anyone even suggest doing anything in violation of the law. In fact, every single thing involving me was cleared by a campaign finance lawyer.

During my career, it has been my honor to serve in a variety of positions. It is also been my good fortune to be in business meetings with five sitting President of the United States (Gerald Ford, Ronald Reagan, George H.W. Bush, George Bush, and Donald Trump) where my views and opinions were sought and expressed.

At this point in my life, it becomes increasingly important to me to be willing to stand by those you have come to respect, independent of the circumstances. At every turn, my interactions with Mr. Householder focused, like a laser, on coming forward with the most honest, powerful, and effective messaging possible.

I am not a lawyer, but my entire professional life has included being involved in the political arena. To be certain, you will find individuals willing to cut corners, even knowingly violate the intent, if not the letter, of various laws surrounding political campaigns. However, nothing of this sort ever arose in my relationship with Mr. Householder.

My request of you, Your Honor, is that you give consideration to the possibility that whatever has transpired is not of a nature than anywhere near the 16-20 years sentence that is being recommended is warranted or justified. My sincere belief is that any mistakes that might have taken place were errors of the mind, and not the heart.

To the extent that it is proper and helpful, I am more than willing to discuss my feelings with you or whoever you designate. In advance, thank you for taking these views under consideration as you formulate your decision.

Sincerely,

William I. Greener III

William I. Greener III



June 24th, 2023

The Honorable Timothy S. Black
United States District Judge
Potter Stewart U.S. Courthouse, Room 815
110 East Fifth Street
Cincinnati, Ohio 45202

Dear Judge Black,

My name is John Hagan, I have operated a family owned HVAC and Plumbing business since 1976 and have served as an elected official for nearly 32 years in the State of Ohio.

I met Larry Householder in 2000 while running for State Representative. He was extremely helpful to me and many other candidates in helping us to understand State government and the legislature's role and responsibilities.

Larry was compassionate with members and passionate about the work of the legislature. I watched the Speaker, in the years we served together, always moving legislation that kept the people's interest front and center. Larry's vision for Ohio was for this State to be the best it can be for each and every Ohioan.

My Plea to you Judge Black is that you exercise compassion in sentencing this man that I consider a friend.

Sincerely,
John P. Hagan

Honorable Judge Timothy Black

Judge Black,

My name is Matthew Householder and I am one of Larry and Taundra Householder's five son's.

I am writing you regarding my dad's sentencing you are scheduled to decide on Thursday June 29, 2023.

I am 31 years old and have a daughter, and we are expecting a son to be born later this summer.

I am a union laborer who grew up with my 4 brothers on our family's farm near Glenford Ohio. Glenford is a very small town in Perry County.

Perry County has less than 40,000 residents. It's a poor rural community in Southeast Ohio which traditionally was a farm area that had a large oil, gas and coal presence. Most people today are either farmers or work in one of the larger adjacent communities.

When I was a little boy, my dad ran a local insurance agency, farmed and was very active in our community. My mom was a teacher and coach at the local school, worked side by side with dad on the farm and volunteered for many local charities. Nearly everyone in the community know my parents on a first name basis.

My dad coached Little League baseball, my mom coached Tee Ball. My mom was a longtime 4H advisor, coached girls volleyball, both boys and girls track, and mom even coached boys basketball at Holy Trinity.

When you got Larry involved then Taundra was by his side and vice versa. They are constantly involved in food drives, support food banks,

disabled veterans, church functions, 4H, FFA and have been lifelong super supporters of the county fair.

My mother has not only taught for over 43 years but has served on our county fair board for a decade, for years dad served on the local community bank board and was involved in many other community projects.

My parents were, and continue to be good solid people. My dad was a great father, no matter how busy he was with work, the farm or community service, he made certain that us kids came first. I remember times when our sports games were about to begin and here came dad pulling in, changing clothes in his car and jumping out ready to coach our team. I remember him patiently spending hours and hours teaching kids how to hit a baseball or throwing to the cut off from the outfield. I've seen him go above and beyond for people time and time again.

He has been a great mentor who taught us the value of family, the value of friends and the obligation that each of us have to our community. There was always a lesson in every task he had us perform. He, and mom really are both teachers. It's just that dads classroom are the people who constantly are attracted toward him and his lessons are generally about doing things the right way, how something got to be the way it is and in how we all have a responsibility to help each other.

I talk to my dad nearly every day. I get advice from dad nearly every day. Being a father of a five year old daughter with a son on the way I have realized just how special of a dad I have had.

This summer, God willing, my dad will have his first grandson. This is a special time for our family. The birth of my son, his grandson, means that there will be a male child in our family to carry on our family name.

Another proud child of Appalachia, another generation of our family in the county. I believe my kids are the tenth generation of Householder's in what is now Perry County.

My dad has always been respected in our community. The good things that he has done for our community and the people of Ohio FAR, FAR exceeds the current situation. He has well paid forward any debt owed to society. In fact he is over paid for any debt.

If you look around our county you can see my dad's influence on just about every improvement that has occurred in the past thirty years. If you look around Appalachian Ohio you could fill a large book of the positive impact he has had on families and communities. If you look around Ohio, his hard work and accomplishments in public education funding alone has been incredible.

There is seldom a week that goes by that I am not told a "Larry" story by someone who in most occasions is a total stranger to me. People ask me if I am his son and then immediately talk about how something he did for them positively changed their lives forever. Often when I tell my dad he doesn't remember it, because that's just what he does … he help's people that need help and he moves on.

Dad gets calls every day from people asking his opinion and seeking his advice. There are people who view him as a legend. He just is plain old Larry. His general appearance is in a baseball cap, farm shirt, jeans and work boots. If he has to put on a business suit, as soon as possible, he changes clothes and is right back to his normal look.

If you had an opportunity to have known my dad, like thousands of people know him, you would understand. He is uncommonly a very special person. He is unique in how he has given so much of himself personally to help people he may not even really know. Dad always

seems to be able to analyze situations and know the right solution.  He has a definite gift of gab and always finds the good in people.

One thing that people are usually amazed about when they meet my dad is how he treats everyone the same. It doesn't matter if you are a billionaire or a person without a dime to your name, in my dad's eyes they are the same.  I think he gets that quality from nearly two decades in the insurance business and from what I have been told his father, my Grandpa, was the same way.

The people on security detail at the statehouse used to have fits keeping track of dad. One minute he would be in the office working on something and they'd turn around and he would be down on High Street talking to construction workers or out in the hallway cutting up with a janitor.  That's just my dad.

When we were little, often we would be at the statehouse. One of our favorite things was getting on our knees and rolling our Tonka trucks across the marble floor in the Rotunda. It was his policy that all House staff who had kids could bring their kids to work as long as it didn't impact them doing their job. In fact he encouraged it. My dad was notorious for giving the entire House staff, extra days off for holidays so they had time to travel to see their loved ones.  That's just my dad.

The first year dad was Speaker was 2001. When the terrorists crashed planes into the World Trade Center the Governor and Lt Governor were both out of the country.  There was a hijacked plane that was flying from Cleveland toward Columbus and the general consensus was that the plane could possibly crash into downtown. The decisions on how to handle this rested with dad and the Senate President.  My dad was cool as a cucumber and calmly had the Statehouse and state buildings vacated.  That's another quality that I admire in him, when everyone around him is nervous or uncertain, dad is the calming factor and helps

4

make sound decisions. I think that's why so many people reach out to him for advice.

The reason I am writing you is to explain how painful being separated from my dad is going to be.

It will devastate my mother, they have been joined at the hip for four decades. My mom relies on my dad for nearly everything, and I mean everything. My dad relies on my mom just the same. They are a great team, inseparable and have been in a continuous love affair for forty years. They have gone through some incredible tough times through the years. My sister Kaley was just 4 years old when she was killed in a freak accident at the farm, on their wedding anniversary. Can you imagine that your wedding anniversary is the anniversary of your child's death? I was just a year old when that happened. But I know that it crushed my parents. When you look through old family photos you can just see the pain in the entire family for several years. Mom and dad rarely celebrate their wedding anniversary and we as kids don't acknowledge their anniversary, too much pain in the memory.

Mom was especially impacted, she has searched for answers for years and dad has been that calming factor.

My mom needs my dad. She needs him everyday, it's our fear that without dad, mom will not be able to function. They are just always together and complement themselves unbelievably. Being 65 years old and alone on the farm is not going to be easy. We have a gas well that provides heat and hot water that dad starts and services on a regular basis. There are water well pumps and all sorts of things that need regularly attended to that mom simply has never messed with. Financially as well, she needs dad.

It will devastate our family. Me and my brothers are extremely close to him. We count on him. Especially me, as a young father with one on the way. I need my dad !!! My kids need their grandpa !!! We need him at the farm where he has always been when we need him, not sitting in some prison cell. We need him teaching his grandkids how to hit a baseball, how to throw to the cut off man, how to care for animals, teaching life's lessons and all those stories, how to live life and how to dedicate yourself to others.

My dad never knew his paternal grandfather because he died before dad was born. I never knew my paternal grandfather because he died at 64, two years before I was born. Here we are, my dad is now 64 and my children may never get to know their paternal grandfather either, they may meet him, but they won't be able to KNOW him. We boys need him, his grandkids need him.

Pulling my father out of Perry County will also devastate not only our friends but many people in our community. Dad has done so much, and continues to do so much, more than many people realize, and frankly many people take dad for granted. He has never been one to talk much about what accomplishments and improvements he has been a major part of in our community, but he has been incredibly effective. Not only does my mother and the family need dad, our community needs dad. Not only from the volunteer side but also the advice and counsel he gives almost daily. Where he can continue to do the most good is allowing him to do what he does best … help others.

Judge Black, I wish you knew Larry Householder like thousands know him. It's unfortunate that the way people in the public eye are often portrayed is different than who they really are. But I can assure you that if you had a chance to spend just one hour with my dad outside that courtroom or if you spent a day out in a community with him that you would see a man is loved by a lot of people, a man that returns that

love to a lot of people, a man that has lived a difficult life but some how finds the silver lining, a man that has given just about every inch of sweat and energy to help everyone else, many times to his detriment, a man that has touched so many lives and brings love, compassion and kindness to the world around him. He is always fun to be around and brings value to the world around him.

Dad often talks about commitment. But he has exemplified it through deeds. Those deeds can never be erased. We will put his track record up against anyone.

Thank you for your time. I hope you as you consider how much more to take away from Larry Householder, that you consider how much he has already paid forward, I think you'll find he is paid up.


Respectfully,


Matthew Householder

Dear Judge Black:

My name is Taundra Householder, I am the wife of Larry Householder. This letter is in regards to his Sentencing Hearing that you are holding on June 29, 2023.

I am well qualified to discuss Larry as we have known each other nearly 40 years, been married to each other for 38 years, have had 6 children together, we have one granddaughter and a grandson due in August. For 40 years we have been at each other's side through every high and low that a family can possibly experience.

Larry was born and raised on his family's farm in Perry County. I was born and raised on my family's farm in Pickaway County near Circleville. The two counties both border Fairfield County, Perry County from the east and Pickaway County from the west. We had very similar upbringings but never had met. We both went to Ohio University but we never knew each other in college. I ran track in college and studied to be a Home Economics teacher. Larry studied History, English and Political Science and intended to go on to law school. Upon graduation I received an offer to teach in Perry County at New Lexington School District. I had never been to Perry County but it was within an hour from Circleville and seemed like a nice community so I accepted and began teaching. Larry's father had heart issues and had been very ill since Larry was in junior high. Upon his college graduation, Larry decided that in order to help with the farm and assist his mother with his dad, he should forgo law school and stay near his parents. Larry opened an insurance agency from scratch in New Lexington and lived with his parents on the family farm. This was about the time that the two of us were introduced by mutual friends. Neither of us were really looking to get serious with any one. Larry was busy building a successful business, helping at the farm and playing highly competitive softball all over Ohio. I was busy teaching, coaching and getting involved in my new community. However it was "love at first sight" for us both and we had so much in common that we wanted to spend every minute of every day that we could being together. We dated exclusively for 18 months and when Larry proposed I couldn't say yes fast enough.

We were married June 8, 1985 in Perry County. We bought a home in New Lexington and lived there for a couple years but other than college, neither of us had ever lived in town. We started having children, deciding to have at least four children that we would try and space two years apart. In June 1986 we had Derek, in August 1988 we had Kaley. Sadly in 1989 Larry's father died at the age of 64. I was pregnant with Adam who was born in January 1990, Adam never got to meet his grandfather.

In the spring of 1991 Larry and I bought the farm near Glenford. We had not even moved in yet when tragedy struck again. My mother was going across a field on my families farm to deliver lunch to my father and had a totally unexpected heart attack. She was rushed to Grant Hospital in Columbus but did not survive surgery, she died at age 52. I was pregnant with Matthew and he was born September 1991. Later that same year Larry's sister Linda was found dead of a gunshot wound in her townhouse in Bexley. We did not believe that tragedy could befall a family so much, so fast, little did we know that the worst was just around the corner.

In 1992 our world turned upside down. We had a big day planned for our wedding anniversary on June 8th. A baby sitter was coming over and Larry and I were to go out for our anniversary dinner. That afternoon though, Kaley, our only daughter, who was almost 4 years old was killed in a freak accident when she triggered the electric window in our mini-van and got trapped by the throat in the window. She died instantly and Larry and I were both there, helpless. No parent should ever have to bury their child, but a few months shy of turning four years old is devastating. We both were absolutely crushed. I didn't know it but at night I would get up from bed and walk the farm searching for Kaley. Larry was dealing with all this as well and so Larry's nephew Mike volunteered to stay on our downstairs couch so that if Larry didn't catch me getting up, Mike would catch me coming down the stairs. The night of Kaley's funeral Mike was driving to our house, fell asleep and hit a truck head on just two miles from our farm. We heard the squad go out and soon Larry's brother in law was on the phone needing Larry to rush to the hospital because they didn't think Mike was going to make it and Mike wanted to see Larry. I couldn't go with him, it was at the same hospital, in fact Mike was in the same room that Kaley had been in just days before. I don't know how Larry had the strength to walk in to that room and encourage Mike, but he did. Mike survived the operation but is a paraplegic.

In 1994 we had Nathan, I call him my miracle baby. I had struggled with Kaley's death so much. Larry had worked with me and was so patient, all the while dealing with the loss his own way, quietly and burying himself in helping the people around him. He took me to see priests, preachers, psychologists, anyone that he had heard could help me through Kaley's death. Nothing seemed to help and so we thought maybe we could have another baby, maybe a girl. Well, God blessed us with Nathan, and Nathan filled a huge hole in my life at a time that I needed it desperately. It was not the fact that the other boys didn't need me, or didn't fill a void. It was just a newborn was what really helped me. Between all the love in our home, the boys, Larry doing all he could and Baby Nathan, I survived. We had a doctor friend of ours who told us that statistically about 95% of parents who suffer the death of a young child end up divorced. Larry and I were determined that was not going to happen. We had four other children and we were determined that we were not going to be a statistic. As an insurance agent Larry began researching how many other children had died due to electric windows. He was shocked to find that thousands had died and that auto manufacturers had declined to fix the problem although the cost was just pennies per car. Larry went on a mission to make certain other families wouldn't have to suffer as ours had. In 1995 he ran and won County Commissioner and immediately started being successful solving problems for families. He was so proud when the US Government finally adopted a law requiring toggle switches be changed on every new car which would solve the problem that took Kaley. This is how Larry dealt with Kaley's death, I was a mess, but he went out to solve a problem. There was nothing he could do to bring her back, but he could do all he could to rescue me and help others. Luke was born in 1998, Larry had the insurance agency, I was taking time off from school to be with the kids, we both farmed and Larry was in the legislature.

Now we have a granddaughter and a grandson on the way. Derek is recently married and he and Catie hope to start a family. Larry and I are so excited to be grandparents. We both are hardworking and conscientious people. Always willing to lend a helping hand. In 2001, Larry was elected Speaker of the House and he decided to give up the insurance agency after 18 years to concentrate his attention on school funding and other issues plaguing our state. He was very successful at the insurance business, I knew very few people who weren't his clients. He is so dedicated to people, fixing problems and caring about others that it was a natural for him. It would be a huge financial loss for our family if he were to sell the agency but he was so committed to helping solve issues and has such a knack for handling huge problems that it was a no brainer. He and I decided that I would go back to the classroom, which would not come close to making up the difference, but would help. Through it all we involved the kids, Larry's mother, friends and relatives. It's always been about family … ours and everyone else's.

In 2004, Larry was term limited out of the Ohio House. He could have ran for Congress but he would have to spend nights away. That made it a "no way" decision. Larry rarely spends nights away. In fact, other than a few business trips over the last 38 years, and the time he was in your court in Cincinnati, Larry and I have been together every night. Larry and I act as a team, whether its volunteer work, which is often, or it's helping each other. At the farm we work side by side. I don't operate any equipment so he handles that, I take care of feeding livestock. He pumps and maintains the gas well, services the water pumps and runs water lines. He pays all the bills, I keep the schedules. He helps me clean my classroom, I bounce lesson plans off of him and we both help out our kids. He could never have gone to Washington, neither of us could have spent that much time away from each other or been able to function.

A few months before his last day our longtime County Auditor unexpectedly died. Larry was surprisingly asked about the County Democratic Chairman if he would be willing to serve out her unexpired term. A few days later the County Republican Chair called explaining that the two Chairs had gotten together and they both felt it was a fantastic idea. Larry explained to both that he was burnt out and needed rest but they insisted that the county needed him and that he owed it to the people of the county … those were the magic words. They both knew Larry well enough that if he was needed he would likely do it. He did. Larry filled the unexpired term until 2008 and then went into business again until he ran and won his old House seat in 2016.

Now here we are in 2023. Things certainly did not turn out the way we intended. I just turned 65, Larry just turned 64. He would have been termed out next year. I was planning on retiring from teaching after he was term limited in 2024. Between his pension, my pension and what money we have accumulated we were going to spend our twilight years on the farm, helping with grandkids (hopefully many more to come) and camping around Ohio. Now our world is upside down again. His incarceration means long lonely nights for me.

I absolutely love Larry with all my heart and soul. He loves me with all his heart and soul. We totally compliment each other. What he is great at, I am not. What I am great at he is not.

Joined together we do a lot of things extremely well. We volunteer hundreds of hours per year together on community projects like food banks, food drives and youth programs like 4H and our county fair. We both are dedicated to our Creator, our family, friends and community. There will be a HUGE void not only in the lives of me, our son's, our grandkids but also the many people that Larry talks with daily. He helps a lot of people with advice to solve all their problems.

That morning when the federal agents showed up on our porch with automatic rifles and in combat gear we both were totally shocked. Since then, over the last 3 years, life has been a constant struggle. Each day we wake up not knowing what obstacles we will face that day. I have lived on a farm for most of my entire life. I have a lot of memories of this farm, Larry and I raised our kids here, we buried our daughter and welcomed our granddaughter. It takes the both of us for the upkeep and responsibilities of this memorial to our lives and our family's lives. We want our grandchildren to experience life on our farm, Larry never knew his Grandpa Householder because he died before Larry was born, our kids never knew their Grandpa Householder because Larry's dad died at age 64, now here we are … Larry is 64 and although not technically dead, he will not be in their lives. We have a granddaughter who is 5 years old. We are with her about 3 days a week. When I pick her up, her first question "Is Papaw with you, where is PaPaw".  We take her to the farm and she learns about how things grow, about livestock and nature. Larry is a history buff and a teacher at heart. Our granddaughter needs Grandpa Householder. We want stability in her fragile life. As being grandparents (soon to be again) our time is different, we can take mini walks, sit on the porch swing, go to the playground and get ice cream cones.  We answer all those "why" questions. Grandpa's are very important to kids. The generational stability, patience and knowledge that grandfathers provide is irreplaceable. There are generational stories about our family that our kids and grandkids will treasure and only Larry can tell.

As for my boys, they just have us, their grandparents are all decreased on both of sides of the family. Kids are supposed to cherish and then someday bury their parents, Larry will die either alone or in a cell with strangers, his grandchildren will know of him, but never really know him. This is a sad scenario for a man who gave so much to others and meant so much to so many. The boys are very close to their dad for advise and direction on about any and every topic.  He is way more understanding and patient then I will ever be.  He is a history buff giving the boys information of when and how things got started or when things happened.  I CAN NEVER replace that by any means.  Listening to him talk he is compassionate, he researches problems, hunts for solutions and moves forward.

As I was combing through the many boxes of his achievements, articles, accommodations and awards that he received throughout his career, I was surprised that I had not seen them before. That is how he is, the material things didn't mean anything to him. Larry has unique qualities that makes him a visionary. His whole life has been focused on making life better for the people around him. How quickly we all forget because we take things for granted. Better education for children giving them more opportunities to succeed, I saw Larry's work first hand as a teacher, he made certain that new buildings were built for poor schools, that kids get a chance no

matter where they are from, he has worked for clean drinking water across Ohio, safer roads, and the list goes on and on. The government made an argument in court that Larry is all about power and money. You should have heard the people that know him laugh. That is so opposite of him. Larry would not have given up his insurance agency, but he did because he never wanted even a hint of a conflict of interest, he wanted to focus on doing a great job for the people of Ohio. I have been with him many, many times when people try to buy our dinner, Larry wouldn't allow it, he could care less about money. Larry left politics and stayed home for 12 years, he didn't have to do that and if he was power hungry he never would have done that. They also said he wanted to change term limits to be Speaker for life, what a laugh. He was always upset that legislators bounce from Senate to House and back and forth to stay in office and avoid term limits. He could have done that … but he didn't. He tried to fix it. This would be his last term, he said he was retiring when we both were 65, so much for Speaker for life. THAT is MY husband.

Larry has done so much for so many his entire life. Please take that into consideration. They have ripped down his portrait in statehouse which was put up while he was out of public service those 12 years, been removed as Speaker, then removed as representative after his district re-elected him, he has been disgraced, he can never hold office again, we lost four years of income, and we have civil cases yet to come. Our family has already paid an enormous debt both financially and publicly.

Over forty years of waking up next to someone, having 6 children that you raise together and taking on challenges that would make a strong person wither at their knees … you really to get to know someone. It was Larry that kept us together, he got me through all of this, he got us ALL through all this. I am not stable and strong, he is the rock and the only way our family has survived. He is the reason many people have survived. I see no way our family and especially me , can survive the last years we have left … apart.

Please have compassion for someone who is in the twilight of life and has done so much for so many. Please consider probation so we may spend out the remainder of our lives together with each other, our family and grandchildren.

Thank you


Taundra Householder



June 25, 2023

Honorable Timothy S. Black
United States District Judge
Potter Stewart US.
Courthouse, Room 815 110
East Fifth Street
Cincinnati, Ohio 45202

Honorable Judge Black;

My name is Barbara J. Zartman and I am writing you in regards to the sentencing of Larry Householder. I have known Larry both professionally and as friends over several decades.

During Larry's term as Perry County Commissioner I served as the County Recorder. Though he was a Republican and I was a Democrat we worked jointly on several projects together. I saw first hand the dedication that Larry had for Perry County and all of our citizens. When the coal industry in the county announced the closing of the mines Larry worked diligently in an attempt to save the miners jobs. Larry has done a vast amount of good for the betterment of Perry County.

My husband William Zartman served as Sargent of Arms for Speaker Householder from 2000 to 2005. He traveled the state of Ohio with Larry and has a great reguard for the man
who was so respectful and compassionate to his employees. William recalls a time when it was necessary for Larry to dismiss an employee and by the end of the day Larry had secured her a job in a more suitable office.

Larry grew up on a farm in Perry County and learned from his parents the importance of God, family, and hard work. He and Taundra have instilled these values in their boys on their family farm. His love and devotation to his family is deep and even though his schedule as Speaker was extremely busy he insisted on getting home each night for his family.

I personally know Larry Householder to be a good man who has made such a difference in so many lives. Ohio is a better place today because of his many accomplishments.

I will always be proud to call Larry Householder my friend.


Barbara J. Zartman