IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:20cr00077(004) |
| MATTHEW BORGES, | : | JUDGE TIMOTHY S. BLACK |
| Defendant. | : | |

### DEFENDANT MATTHEW BORGES' NOTICE OF APPEAL

Notice is hereby given that Matthew Borges, Defendant, appeals to the United States Court of Appeals for the Sixth Circuit from the final Judgment in a Criminal Case (ECF No. **290**) entered in this action on the 6th day of July, 2023.

s/Dennis C. Belli
DENNIS C. BELLI (0025216)
536 South High St. Fl. 2
Columbus, Ohio 43215-5785
Phone:(614) 300-2911
Fax: (888) 901-8040
E-Mail: bellilawoffice@yahoo.com
ATTORNEY FOR DEFENDANT
MATTHEW BORGES

### CERTIFICATE OF SERVICE

I certify that I filed this document using the CM/ECF electronic case filing system on the 12th day of July, 2023. The system will automatically transmit a Notice of Electronic Filing to the United States Attorney for the Southern District of Ohio.

s/Dennis C. Belli
DENNIS C. BELLI (0025216)
ATTORNEY FOR DEFENDANT
MATTHEW BORGES