# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| vs. | : | Judge Timothy S. Black |
| LARRY HOUSEHOLDER (1), | : | |
| Defendant. | : | |

## ORDER AUTHORIZING TRANSCRIPT DISCLOSURE

This case is before the Court regarding access to trial court transcripts. Specifically, for purposes of appeal, counsel for Defendant Householder have ordered the transcript of the January 20, 2023 trial court proceedings.  *See United States v. Larry Householder*, No. 23-3565 (6th Cir., Aug. 2, 2023).  However, as a brief portion of the transcript was sealed during the proceedings, the court reporter is unable to fulfill the request absent an Order from this Court.[1]

For good cause shown, the request for disclosure of the transcript is **GRANTED**. Specifically, the Court **ORDERS** as follows:

(1) The court reporter shall prepare the requested transcript, but shall **REDACT** the sealed portion.  The court reporter shall then file the redacted transcript on the public docket, and shall further file the unredacted transcript **UNDER SEAL**;

(2) The court reporter is authorized to release both the redacted and unredacted transcript to appellate counsel for Defendant Householder and the Government; and

---

[1] On August 2, 2023, defense counsel reached out to the Court via email regarding the transcript request.  To minimize delay, the Court elected to issue this Order on counsel's email, rather than requiring a formal motion.

(3)     Counsel may further use, reference, or disclose the unredacted transcript, if and as needed, for purposes of Defendant's pending appeal.

**IT IS SO ORDERED.**

Date: 8/2/2023                                       *s/ Timothy S. Black*
                                                                               Timothy S. Black
                                                                               United States District Judge