# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| vs. | : | Judge Timothy S. Black |
| JUAN CESPEDES (5), | : | |
| Defendant. | : | |

## ORDER AUTHORIZING TEMPORARY RETURN OF PASSPORT

This case is before the Court on Defendant's unopposed email request to renew his U.S. passport prior to its expiration. For good cause shown, Defendant's request is **GRANTED**. Accordingly, the Clerk's Office is authorized to return Defendant's current passport to him.

After the renewal process is completed, Defendant **SHALL** once again surrender all passport books and/or cards (current, new, and/or expired) to the Clerk's Office.

**IT IS SO ORDERED.**

Date: 6/5/2024

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge