## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| JUAN CESPEDES (5), | : | |
| | : | |
| Defendant. | : | |

## ORDER AUTHORIZING RETURN OF PASSPORT
## AND APPROVING BUSINESS TRAVEL

This case is before the Court on Defendant's unopposed email request for the return of his U.S. passport. Specifically, Defendant's new employment requires him to travel internationally and, thus, Defendant seeks the return of his passport and permission to travel abroad.

For good cause shown, Defendant's request is **GRANTED**. Specifically, the Clerk's Office is authorized to return Defendant's current U.S. passport to him. Defendant may retain possession of his passport unless and until this Court orders otherwise. Additionally, the Court **APPROVES** Defendant's international travel for business purposes only. Defendant **SHALL** communicate with his Pretrial Officer prior to any scheduled travel and provide the Officer with all relevant information (*e.g.*, dates, destination, purpose, *etc.*).

**IT IS SO ORDERED.**

Date: 10/17/2024

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge