# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 29, 2025

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

```
FILED
Jan 02, 2026
KELLY L. STEPHENS, Clerk
```

Re:  Larry Householder
     v. United States
     No. 25-756
     (Your No. 23-3565)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 22, 2025 and placed on the docket December 29, 2025 as No. 25-756.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst